IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31292
Summary Calendar
_____

SABRINA PARKS,

                                        Plaintiff-Appellant,

versus

JOHNNIE JONES, Warden;
ATTORNEY GENERAL STATE
OF LOUISIANA, RICHARD IEYOUB,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1127-K
- - - - - - - - - -
February 12, 1998
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

Sabrina Parks, Louisiana prisoner # 94857, argues that the district court erred in denying her habeas corpus application in which she alleged that she was denied the effective assistance of counsel; her jury was illegally impaneled; and that she was coerced into giving a confession and advising authorities of the location of the murder weapon.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record, including the state-court record, and the briefs of the parties, and affirm the denial of the habeas application substantially for the reasons stated by the district court.  See Parks v. Jones, No. 95-CB-1127-K (E.D. La. Oct. 28, 1996).

AFFIRMED.